Dismissed and Opinion filed October 31, 2002









Dismissed and Opinion filed October 31, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01011-CV

____________

 

JAMES C. WILLIAMSON, Appellant

 

V.

 

UNKNOWN, Appellee

 



 

On
Appeal from the 55th District Court

Harris
County, Texas

Trial
Court Cause No. 02-36587

 



 

M E M O R A N D U M  O P I N I O N

On September 17, 2002, appellant filed a notice of appeal
attempting to invoke this Court=s jurisdiction. 
However, there was no final judgment or appealable
order entered in this case.  Appellate
courts can review only final and appealable judgments
or interlocutory orders specifically made appealable
by statute.  Lehmann v. Har-Con Corp., 39 S.W.3d 191, 195 (Tex. 2001).  

On October 9, 2002, notification was transmitted to all
parties of the Court=s intent to dismiss the appeal for want of jurisdiction.  See Tex.
R. App. P. 42.3(a).  Appellant filed no response.  Accordingly, the appeal is ordered dismissed.








 

PER CURIAM

Judgment rendered and Opinion
filed October 31, 2002.

Panel consists of Justices Yates,
Anderson, and Frost. 

Do Not Publish C Tex. R. App. P. 47.3(b).